which was acquired by fraud, or where although acquired originally without fraud, it is against equity that the title should be retained by the one who holds it." *Kelly v. Johnston,* 258 Ga. 660, 661 (1) (373 SE2d 7) (1988). The District Council asserts that a genuine issue of material fact remains regarding the existence of a constructive trust because Memorial transferred the property to the Religious Trust with knowledge of its "reversionary interest." The contention fails. A constructive trust cannot arise in this case because neither the relevant church documents nor anything else provided the District Council with a legal or equitable interest in Memorial's real property. Therefore, Memorial was free to transfer and sell its property as it desired during its membership, and as a result, issues of fraud and related discovery are not relevant in determining the ownership of the disputed church property. See *Chelena v. Ga. Federal Savings &c. Assn.,* 256 Ga. 336, 337 (349 SE2d 180) (1986).

5. The remaining contentions of error are rendered moot by our determination that the District Council had no legal or equitable interest in the proceeds from the sale of Memorial's property.

*Judgment affirmed. All the Justices concur, except Carley, J., who concurs in Divisions 2, 3, 4, 5, and in the judgment.*

DECIDED JULY 1, 1996 —
RECONSIDERATION DENIED JULY 17, 1996.

*Bird & Myers, Wendell R. Bird, David J. Myers,* for appellant.
*Dale A. Allison, Jr., John D. Simmons,* for appellees.

S96C1232. IN RE R. E. W.
(472 SE2d 295)

ORDER OF COURT.

Upon consideration of the application for certiorari filed to review the judgment of the Court of Appeals in this case, it is ordered that the writ be hereby denied.

*All the Justices concur, except Hunstein, Carley and Hines, JJ., who dissent.*

A dissenting opinion by Justice Carley was inadvertently omitted from the advance sheets. It is set out on page 897 of this volume.

ORDERED JULY 12, 1996.

Application for certiorari to the Court of Appeals of Georgia — 220 Ga. App. 861 (471 SE2d 6).